# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA M. HANSON, etc., et al., <br>     Plaintiffs, <br><br> v. <br><br> DÉCOR INTERIOR DESIGN, INC., et al., <br>     Defendants. | CV 22-00742 DSF(SKx) <br><br><br> JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that Defendant Décor Interior Design, Inc. immediately pay delinquent contributions to the Southern California Painting & Drywall Industries Trust Funds from October 2019 through July 2021 in the amount of $235,947.47, interest in the amount of $11,555.05, attorneys' fees in the amount of $2,612.50 and costs in the amount of $533.27, for a total due and owing of $250,648.25.

Date: December 9, 2022

_____
Dale S. Fischer
United States District Judge